



# MEMORANDUM OPINION

No. 04-10-00335-CR

Eric **DELGADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 289635
Honorable Monica Guerrero, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed: June 16, 2010

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal and for expedited issuance of the mandate.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a). We **order** the clerk

of this court to immediately issue the mandate. *See* TEX. R. APP. P. 18.1(c).

PER CURIAM

Do not publish